```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04824-RNO
Mary E Richardson                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Dec 06, 2019
                      Form ID: ntnew341     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db            +Mary E Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5268862         E-mail/Text: jennifer.chacon@spservicing.com Dec 06 2019 19:34:56
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                                          TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
           James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3    bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mary E Richardson,
**Debtor 1**

Chapter 13

Case No. 5:19–bk–04824–RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 77 East Market Street, Wilkes–Barre, PA 18701 | Date: January 27, 2020<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: December 6, 2019

ntnew341 (04/18)