In re:  
Mary E Richardson  
    Debtor

Case No. 19-04824-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MichaelMc     Page 1 of 1     Date Rcvd: Dec 26, 2019  
               Form ID: ordsmiss     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db            +Mary E Richardson,    1605 Roosevelt Ave.,    Dunmore, PA 18512-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5282238         +EDI: CBS7AVE Dec 26 2019 23:58:00     Country Door,    c/o Creditors Bankruptcy Service,  
               P.O. Box 800849,    Dallas, TX 75380-0849  
5284693          EDI: PRA.COM Dec 26 2019 23:58:00     Portfolio Recovery Associates, LLC,    POB 12914,  
               Norfolk, VA 23541  
5268862          E-mail/Text: jennifer.chacon@spservicing.com Dec 26 2019 18:55:58  
               Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250  
                                                                                                                                                                                                                       TOTAL: 3

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
           James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3    bkgroup@kmllawgroup.com  
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                                                                                                                                                                                                         TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mary E Richardson,             Chapter     13

**Debtor 1**
                                Case No.    5:19−bk−04824−RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 26, 2019                    By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)